[No. 41050-4-I.    Division One.    July 27, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. BRIAN E. CLAIBORNE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-08305-1, Charles W. Mertel, J., entered June 25, 1997. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy, C.J., and Cox, J.

[No. 41060-1-I.    Division One.    July 27, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRONE L. WILLIAMSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-05420-4, Richard A. Jones, J., entered June 30, 1997. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Baker, JJ.

[No. 16546-9-III.    Division Three.    July 28, 1998.]

HENRY M. SOLBRACK, ET AL., *Respondents*, v. DEVON D. MICHEL, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Adams County, No. 95-2-00202-5, Philip W. Borst, J., entered March 6, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Sweeney, J.

[Nos. 16906-5-III; 16960-0-III.    Division Three.    July 28, 1998.]

VALLEY FRUIT, *Respondent*, v. THE DEPARTMENT OF REVENUE, *Appellant*.

DOUGLAS FRUIT COMPANY, ET AL., *Respondents*, v. THE DEPARTMENT OF REVENUE, *Appellant*.

Appeals from judgments of the Superior Courts for Franklin and Yakima Counties, Nos. 97-2-50028-4, 97-2-00080-6, Carolyn A. Brown and Michael W. Leavitt, JJ., entered August 21 and 22, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J. Now published at 92 Wn. App. 413.